Charles W. Daff (State Bar No. 76178)
2107 N. Broadway, Suite 308
Santa Ana, Ca 92706
Telephone: 657-218-4800
Facsimile: 657-218-4858
Email: charleswdaff@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>Logistics International, Inc.<br><br>Debtor(s). | Case No. 6:12-bk-18994 WJ<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDEND(S)**<br>**(FRBP 3011)** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 10255 made payable to the United States Bankruptcy Court in the sum of $ 146,494.25 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached as Exhibit A and incorporated by reference.

Dated: September 4, 2017

_____
Charles W. Daff
Chapter 7 Trustee

# EXHIBIT A

Case Number 6:12-bk-18994 WJ
Case Name: Logistics International, Inc.

## LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| Claim Number | Name & Address of Claimants | Amount of Dividend |
|---|---|---|
| 11 | Sentinel International Forward<br>PO Box 12649<br>Mill Creek, WA 98012 | $16.81 |
| 14 | ACME Transfer & Storage, Inc<br>163 Yolano Drive<br>Vallejo, CA 94589 | $466.32 |
| 21 | Mountain States Moving & Storage<br>4201 Madison Street<br>Denver, CO 80216 | $309.24 |
| 39 | American Worldwide Forwarders, Inc.<br>8080 Ward Parkway, Suite 402<br>Kansas City, MO 64114 | $585.24 |
| 43 | Gauntlett International Transports<br>Apartado 76<br>P-2766-901 Estoril | $242.99 |
| 50 | DJ Moving Services Inc.<br>1230 Headland Avenue<br>Dothan, AL 363030 | $1,238.28 |
| 54 | Gollott & Sons Trasn & Stg, Inc<br>PO Box 6709<br>Gulfport, MS 39506-6709 | $727.74 |
| 63 | Rudolph Transfer & Storage Co., Inc.<br>PO Box 905<br>Clarksville, TN 37041 | $279.97 |

| | | |
|---|---|---|
| 74 | Kenton Asao<br>91-1215 Kaneana St H<br>Ewa Beach, HI 96706 | $371.58 |
| 104 | Arrowpak Military Services, Ltd<br>Sherwood House<br>Norwood Road<br>Brandon, Suffolk | $17,038.17 |
| 111 | Ava-Ekspress, Ltd.<br>46 Peterburid Rd<br>Talinin, Estonia 11415 | $901.18 |
| 116 | Al Sawan Company<br>c/o Ernest W Alexander, Esq.<br>PO Box 5750<br>13058 Safat, Kuwait | $65,869.45 |
| 117 | Gulf Express Cargo, WLL<br>c/o Ernest W Alexander, Esq.<br>PO Box 5750<br>13058 Safat, Kuwait | $5,611.99 |
| 118 | Cleanco Freight Services, WLL<br>c/o Ernest W Alexander, Esq.<br>PO Box 5750<br>13058 Safat, Kuwait | $13,545.72 |
| 119 | Swift Freight Int. Service<br>c/o Ernest W Alexander, Esq.<br>PO Box 5750<br>13058 Safat, Kuwait | $37,572.02 |
| 122 | Armstrong Moving & Storage Inc.<br>2401 Double Creek Drive<br>Round Rock, TX 78664 | $1,095.07 |
| 125 | AAA Moving & Storage<br>7936 Eagle Palm Drive<br>Tampa, FL 33578 | $622.48 |
| **TOTAL** | | **$146,494.25** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2107 N. Broadway Suite 308, Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (specify): **Notice of Unclaimed Dividends (FRBP 3011) with Proof of Service** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 4, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Cathrine M Castaldi**  ccastaldi@brownrudnick.com
- **Charles W Daff (TR)**  cdaff@epiqtrustee.com, c122@ecfcbis.com
- **Charles W Daff (TR)**  charleswdaff@gmail.com, c122@ecfcbis.com
- **Everett L Green**  everett.l.green@usdoj.gov
- **Robert B Rosenstein**  robert@thetemeculalawfirm.com, sylvia@thetemeculalawfirm.com;leah@thetemeculalawfirm.com
- **Ronald Rus**  rrus@rusmiliband.com
- **Jason K Schrader**  jason.K.Schrader@usdoj.gov
- **Arjun Sivakumar**  asivakumar@brownrudnick.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On (date) __September 4, 2017__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: LOGISTICS INTERNATIONAL, INC. 42128 REMINGTON AVENUE, TEMECULA, CA 92590
Hon. WAYNE E. JOHNSON, U.S. BANKRUPTCY COURT, 3420 TWELFTH STREET, SUITE 384, RIVERSIDE, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __September 4, 2017__ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 4, 2017        Charles Daff

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE